**AFFIDAVIT**                               5:20mj1045

I, Bryan J. Allen, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1.  I have been employed as a Canton Police Officer for approximately twenty four years, and am currently assigned to the Cleveland Division, Canton Resident Agency's Child Exploitation Task Force.  While employed by the Canton Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children.  I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2.  As a task force officer having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.  I am investigating the online activities of Christopher Hanna (hereafter "Hanna").  As will be shown below, there is probable cause to believe that Hanna has engaged in activity constituting a violation of Title 18, United States Code, § 2252A(a)(2) for using a facility or means of interstate commerce (computer or mobile computing device) to connect to the internet to receive and distribute child pornography.  I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Christopher Hanna of N. Park Avenue NW in Canton, Ohio.

4. On January 26, 2020, OCE 10044, who is an FBI Special Agent, (hereafter referred to as "OCE"), was connected to the internet in an online undercover capacity from a computer in Albany, New York.

5. The OCE was located in a Kik group titled "Daught Phuck" "#daughtphuck". Based on OCE's experience and information gathered from other sources, this chat group is frequented by individuals who have a sexual interest in children and incest.

6. The OCE was in the public forum and provided OCE's screen name.

7.  On January 26, 2020, an individual with the Kik profile name "hannausmc94", using the screen name "Mike Price" entered the chat group "Daught Phuck" "#daughtphuck" at approximately 12:09pm.

8.  Shortly thereafter, "hannausmc94" became an administrator with "daughtphuck" which, according to the Kik group requires the user to send the below information to the main administrator of "#daughphuck":

> 1 live pic of ur self
>
> 1 of u and ur daughter
>
> 1 live or three from ur gallery of ur daughter

9. The OCE posted a picture of his purported 9 year old daughter with the caption "My 9 yr old dau, heart emoji, we are fully active". Shortly thereafter "hannausmc94" sent OCE a private message (PM). "hannausmc94" initiated the contact with OCE as OCE had no prior contact with "hannausmc94".

10.  OCE asked if "hannausmc94" was active and "hannausmc94" replied that he was active with his daughter. OCE stated his purported daughter was 9 and "hannausmc94" asked to trade pictures.

11. "hannausmc94" then sent an image of a female engaged in oral to genital intercourse with a male subject. "hannausmc94" stated it was his daughter at the age of 12.

12.  "hannausmc94" sent a camera picture, indicating that the picture was taken within the Kik application of his face.

13.  The OCE provided "hannausmc94" with his cellular phone number and within seconds received a text from 330-777-XXXX [redacted].

14.  A check of publicly available databases indicated the phone number 330-777-XXXX [redacted], is utilized by the mobile service provider T-Mobile.  On January 27, 2020, an administrative subpoena was served upon T-Mobile for information pertaining to cellular number 330-777-XXXX [redacted].  The information returned indicated the below information: Customer Name: Chris Hanna Service Address: XXXX N. Park Ave NW, Canton, Ohio 44708 [redacted], International Mobile Subscriber Identity (IMSI): 301260177390410 International Mobile Equipment Identity (IMEI): 325687098391080 The IMEI was searched via open source and was found to be associated with an  Apple IPhone 7. The user also stated he was using an Apple IPhone during the course of the conversation.

15.  "hannausmc94" stated he works in a middle school as a custodian. He also stated he has rooms that connect to the girls' restroom at work and stated "I have to make a hole".

16.  On January 28, 2020, "hannausmc94" sent several images to the OCE via Kik. At least two of the images, which were viewed by Affiant, depicts child pornography and are described below:

> a) Title: IMG_670 Description: The image depicts a nude prepubescent female kneeling over a man with her mouth open and while his penis is erect.
>
> b) Title: IMG_680 Description: The image depicts a nude prepubescent female sitting between the legs of a male subject with what appears to be ejaculate on her face.

17.  "hannausmc94" then sent the OCE a mega link. "Mega" refers to Mega limited and is a cloud storage and file hosting service. The link, https://mega/nz/#!yW1RFabB!fUfrmeMtQkJvgDimxKft7YkbjqlWwGCQxMBMjTk8 IG8, contained one video file depicting child pornography.  The video is described below:

> a) Title: morenita shupa pene y le eyaculan en la boca

> Description:  The video depicts a prepubescent female engaged in oral to genital intercourse with a male subject. The male then ejaculates onto the face of the prepubescent female. The video is 32s in length.

18.  Christopher Hanna's Facebook page was located online and the picture sent to OCE appears to match that of Hanna on the Facebook page.

19. A search of the Ohio Law Enforcement Gateway (OHLEG) was conducted and revealed a driver's license photo of Christopher Hanna matching the image sent to the OCE. OHLEG also verified the address for Christopher Hanna on N. Park Ave NW, Canton, Ohio 44708, as provided by T-Mobile Communications.

20.  On February 13, 2020, a federal search warrant was executed at Christopher Hanna's residence on N. Park Ave NW, in Canton, Ohio.

21.  Hanna was contacted at the residence during the execution the search warrant. Hanna was advised by affiant, in the presence of SA Timothy Alvord, that he was not under arrest and did not have to speak with affiant. Hanna agreed to speak with affiant and SA Alvord.

22.  Hanna admitted that he was utilizing screen names "hannausmc94" and "hannausmc98" on the Kik application while chatting.

23.  Hanna advised he has been using the Kik application for approximately the last two years at different times.

24.  Hanna sought chat groups in the Kik application in reference to daddy daughter groups.

25. Hanna engaged in conversations in the "daught phuck" chat group and the daddy dd lg" chat group looking for people with "like interests".  He stated his interests were in young girls ages 9 and up.

26.  He also stated he would ask others for pictures of young girls and was seeking images of girls engaged in sexual acts.

27.  Hanna also stated he sent the megalink, reference paragraph 12, to OCE 10044 containing child pornography.

28.  Hanna also admitted he sent the two files described in paragraph 11 to OCE 10044. Hanna obtained these files from other users of the Kik application.

## CONCLUSION

29.  Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Christopher Hanna has engaged in activity constituting a violation of Title 18, United States Code, § 2252A(a)(2) for using a facility or means of interstate commerce (computer or mobile computing device) to connect to the internet to receive and distribute child pornography.  I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Christopher Hanna of N. Park Avenue in Canton, Ohio.

_____
Bryan J. Allen
Task Force Officer
Federal Bureau of Investigation

Sworn to this 13th day of February, 2020, via telephone after submission by reliable electronic means.  [Fed. R. Crim. P. 4.1]

Kathleen B. Burke, U.S. Magistrate Judge