AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

NORTHERN  District of  OHIO

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| Christopher Hanna _Defendant_ | Case Number: 5:20mj1045 |

Upon motion of the  United States of America , it is ORDERED that a detention hearing is set for  2/21/2020  * at  10:00 am
_____
Date                                                          Time

before  Magistrate Judge George J. Limbert
_____
Name of Judicial Officer

125 Market Street, Courtroom 242, Youngstown, OH 44503
_____
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
Other Custodial Official

Date:  2/14/2020                                                      _[signature]_
                                                                    U.S. Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.